IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HUDSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PFIZER INC., VIATRIS INC., GREENSTONE LLC, PRASCOLABS, PHARMACIA & UPJOHN; and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-03441-TLN-SCR<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY ACTION**<br><br>Complaint Filed: December 11, 2024<br>Trial Date: None set |

Before the Court is the stipulation of Jennifer Hudson ("Plaintiff") and Defendants Pfizer Inc., Pharmacia & Upjohn Company LLC, Prasco, LLC d/b/a Prasco Laboratories, Viatris Inc., and Greenstone LLC ("Defendants"), to stay this action.

On November 26, 2024, certain plaintiffs filed a petition with the Judicial Panel on Multidistrict Litigation ("JPML") to centralize this and other cases in which plaintiffs allege personal injuries relating to the use of Depo-Provera, into a Multidistrict Litigation ("MDL") (the "Petition"). The JPML has set the Petition for a hearing on January 30, 2025, and is expected to decide the Petition in early February 2025. The parties seek a stay of this case through February 28, 2025, or until the Petition is decided, whichever is sooner. Courts routinely find good cause to stay a case during the pendency of a JPML petition. *E.g.*, *Romine v. Pfizer Inc., et al.*, No. 1:24-cv-01446, ECF No. 15 (E.D. Cal. Dec. 20, 2024); *Silber v. Davol Inc.*, No. 1:18-cv-00479, 2018 WL 10323817, at *1 (E.D. Cal. June 18, 2018) ("Cases such as this are frequently stayed pending the outcome of pending transfer petitions before the MDL panel."); *Stark v. McKesson Corp.*, No. 2:17-cv-00095, 2017 WL 1153135, at *3 (E.D. Cal. Mar. 28, 2017); *Sprint Commc'ns Co. L.P. v. Pac. Bell Tel. Co.*, No. 2:14-cv-01257, 2014 WL 7239474, at *2 (E.D. Cal. Dec. 16, 2014).

Accordingly, the Court finds good cause for the stipulation and hereby GRANTS the stipulation. This action shall be stayed through February 28, 2025 or until the JPML decides the Petition, whichever is sooner. On February 28, 2025, if this action is not transferred to an MDL proceeding, the parties shall file a joint status update. If the Petition is denied, Defendants shall have through and until 21 days after the JPML rules on the anticipated JPML petition to respond to the Complaint.

Dated: January 3, 2025

                                        Troy L. Nunley
                                        Chief United States District Judge